IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAVIGATORS INSURANCE COMPANY,: | | |
| : | | |
| Plaintiff, | : | |
| v. | : | |
| | : | Civ. A. NO. 2:20-cv-05430-AB |
| THE MIDDLE EAST FORUM, | : | |
| DANIEL PIPES, GREGORY ROMAN, | : | |
| AND MATTHEW BENNETT, | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L. Civ. R 7.1 of the Eastern District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Navigators Insurance Company, in the above captioned action, certifies Navigators Insurance Company, a New York corporation, is wholly owned by The Navigators Group, Inc., a Delaware Corporation.  The Navigators Group, Inc. is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc., a Delaware corporation.  The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent

1571344v.1

corporation. To the best of our knowledge, no publicly held corporation currently owns 10% or more of its common stock.

        Respectfully submitted,

        WILSON ELSER MOSKOWITZ EDELMAN &
        DICKER, LLP

By:  s/ *Brian F. Breen*
    Brian F. Breen, Esquire
    *Counsel for Plaintiff,*
    *Navigators Insurance Company*
    Two Commerce Square
    2001 Market Street, Suite 3100
    Philadelphia, PA 19103
    Telephone No.  (215) 606-3933
    Fax No. (215) 627-2665
    Brian.Breen@wilsonelser.com
    PA Attorney ID: 81416

Date: December 8, 2020